UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF USA PURSUANT TO 18 U.S.C. § 3512 FOR ORDER FOR COMMISSIONER'S APPOINTMENT FOR MONEY LAUNDERING INVESTIGATION | Case: 1:18-ml-00765 |

*Reference:*    *DOJ Ref. # CRM-182-59855*

## NOTICE OF COMPLETION OF COMMISSION

I, Philip R. Mervis, Trial Attorney, Office of International Affairs, Criminal Division, U.S. Department of Justice, having been appointed by order of this Court signed on October 12, 2018, pursuant to 18 U.S.C. § 3512, for the purpose of taking evidence in accordance with the above-captioned request notify the Court that I have completed the requirements of such appointment to the extent possible.

Respectfully submitted,

VAUGHN A. ARY
DIRECTOR
OFFICE OF INTERNATIONAL AFFAIRS
OK Bar Number 12199

By: /s/ Philip R. Mervis
Philip R. Mervis
Trial Attorney
FL Bar Number 41633
Office of International Affairs
Criminal Division, Department of Justice
1301 New York Avenue, N.W., Suite 800
Washington, D.C. 20530
(202) 616-2718 telephone
Philip.Mervis@usdoj.gov